PEOPLE ex rel. ROBESCH v. PRESIDENT OF BOROUGH OF QUEENS. (Su-

preme Court, Appellate Division, Second Department. October 11, 1907.) Proceedings by the people of the state of New York, on the relation of Charles C. Robesch, against the president of the borough of Queens. No opinion. Motion to resettle order denied, with costs.

PEOPLE ex rel. SCHWARTZ, Appellant, v. SMITH, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Proceedings by the people of the state of New York, on the relation of Edward B. Schwartz, against James Smith, sheriff of Erie County. No opinion. Order affirmed, with costs.